RUSSEL DAVID MYRICK (SBN) 270803
The RDM Legal Group
7979 Ivanhoe Ave, Ste 200
La Jolla, CA 92037-4505
Tel. No. 888-482-8266
Fax No. 858-244-7930
Email: russel@rdmlg.com

SAMUEL P. KING, JR. (SBN 1396) (*Pro Hac Vice*)
735 Bishop Street, Suite 304
Honolulu, Hawaii 96813
Tel. No. 808-384-6325
Fax No. 808-533-4745
Email: sam@kingandking.com

Attorneys for Plaintiff

JACOB M. HEATH (SBN 238959)
jheath@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:   +1 650 614 7400
Facsimile:   +1 650 614 7401

Attorneys for Defendant
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADRIENNE SEPANIAK KING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>　　　　　Defendants. | Case No. 3:21-cv-04573-EMC<br><br>**JOINT STIPULATION TO REVISE BRIEFING SCHEDULE;** [PROPOSED] **ORDER** |

JOINT STIPULATION TO REVISE
BRIEFING SCHEDULE; [PROPOSED]
ORDER
3:21-cv-04573-EMC

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

Plaintiff Adrienne Sepaniak King and Defendant Facebook, Inc. (collectively the "Parties"), by and through their counsel of record, hereby stipulate as follows:

On June 14, 2021, Plaintiff filed the Complaint the above-listed captioned action.

On September 10, 2021, Plaintiff filed the First Amended Complaint (ECF No. 20), making Defendant's response due on October 1, 2021.

On December 10, 2021, Plaintiff filed the Second Amended Complaint (ECF No. 57).

On December 23, 2021, the Parties filed a joint stipulation extending Defendant Facebook's time to respond to the Second Amendment Complaint to January 28, 2022.  (ECF No. 60).

On December 23, 2021, the Parties' joint stipulation was granted by the Court.  (ECF No. 61).

On January 28, 2022, pursuant to the joint stipulation, Defendant filed its Motion to Dismiss Plaintiff's Second Amended Complaint.  (ECF No. 62).

On January 31, 2022, the Court set the hearing on the Motion to Dismiss for March 10, 2022.  (ECF No. 66).

Subsequently, the Parties have met and conferred regarding revising the briefing schedule to accommodate a conflict with the current scheduling.

The Parties have agreed to move the date for Plaintiff to respond to Defendant's Motion to Dismiss to February 18, 2022.

The Parties have also agreed to move the date for Defendant's to reply to Plaintiff's opposition to March 4, 2022.

The Parties have also agreed to request that the Court vacate and reset the hearing date for March 24, 2022.

Neither Party will be prejudiced by this extension.

It is therefore stipulated and agreed by and between the undersigned counsel that:

Plaintiff King's deadline to oppose Defendant Facebook's Motion to dismiss shall be extended to and including February 18, 2022; that Defendant Facebook's deadline to reply to the

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

JOINT STIPULATION TO REVISE
BRIEFING SCHEDULE; [PROPOSED]
ORDER
3:21-CV-04573-EMC

1  opposition shall be extended to and including March 4, 2022; and that the Parties request that the
2  Court vacate and reset the March 10, 2022 hearing date to March 24, 2022.

3  Dated: February 7, 2022                    The RDM Legal Group

5                                              By:  /s/ *Samuel P. King*
                                                  SAMUEL P. KING, JR.
                                                  (Appearing *Pro Hac Vice*)

8  Dated: February 7, 2022                    ORRICK, HERRINGTON & SUTCLIFFE LLP

10                                             By: */s/ Jacob M. Heath*
                                                  JACOB M. HEATH

12  **CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

13  I hereby attest that concurrence in the filing of this document has been obtained from each
14  of the other signatories hereto.

15  Dated:  February 7, 2022                  By:  */s/ Jacob M. Heath*
                                                  JACOB M. HEATH

- 3 -

JOINT STIPULATION TO REVISE
BRIEFING SCHEDULE; [PROPOSED]
ORDER
3:21-cv-04573-EMC

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

# [PROPOSED] ORDER

By agreement of the Parties, and for good cause shown, the Court hereby Orders as follows:

Plaintiff King's deadline to oppose Defendant Facebook's Motion to dismiss shall be due on or before February 18, 2022;

Defendant Facebook's deadline to reply to the opposition shall be due on or before March 4, 2022.

The hearing date of March 10, 2022 is vacated and will be reset to March 24, 2022.

**IT IS SO ORDERED**.

Dated: February 8, 2022

_____
Honorable Edward M. Chen
United States District Court Judge

Orrick, Herrington & Sutcliffe LLP
Attorneys at Law
Silicon Valley

4140-0118-9940

- 4 -

JOINT STIPULATION TO REVISE BRIEFING SCHEDULE; [PROPOSED] ORDER
3:21-cv-04573-EMC